370

The People of the State of Illinois, Plaintiff-Appellee, *v.* Emanuel J. Johnson *et al.,* Defendants-Appellants.

(Nos. 53920, 53921 cons.; )

First District—June 21, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Fred Shandling and James J. Doherty, Assistant Public Defenders, of counsel,) for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and William K. Hedrick, Assistant State's Attorneys, of counsel,) for the People.